UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JODIE DEREK GRAGG,

    Plaintiff,

  v.

GRAYS HARBOR SHERIFFS DEPARTMENT *et al.*,

    Defendants.

Case No.  C07-5499FDB

ORDER FOR PLAINTIFF TO SHOW CAUSE

    This 42 U.S.C. § 1983 Civil Rights has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. On October 24, 2007, attorney Scott Alan Campbell entered a notice of appearance on behalf of defendant Parkhurst Hotel (Dkt. # 16). On December 13, 2007, counsel withdrew and attorney Dan Sheldon Lossing entered a notice of appearance for the defendant. Parkhurst Hotel has not answered the complaint or filed a motion to dismiss and the time for filing a timely answer has expired.

    It is plaintiff's obligation to prosecute this action. Plaintiff is now ordered to SHOW CAUSE why this action should not be dismissed for lack of prosecution. A response, or motion, needs to be filed on or

ORDER
Page - 1

before **July 11, 2008**, or the court will recommend that this action be dismissed for lack of prosecution.

The Clerk is directed to send plaintiff and counsel of record a copy of this Order and note the due date of **July 11, 2008**, on the court's calendar.

DATED this 5 day of June, 2008.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2