UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JODIE DEREK GRAGG,

    Plaintiff,

v.

GRAYS HARBOR SHERIFFS DEPARTMENT *et al*.,

    Defendants.

Case No. C07-5499 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION FOR FAILURE TO PROSECUTE

This civil rights action comes before the Court on the Report and Recommendation of the Magistrate Judge that this action be dismissed as abandoned pursuant to Fed. R. Civ. P. 41(b). Plaintiff has not filed an objection.

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, the Order to Show Cause, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED WITH PREJUDICE**;

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Kelley Arnold.

DATED this 15th day of August, 2008.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1